**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| VIVIAN WILLIAMS, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   CASE NUMBER: 1:17-cv-00245-KD-N |
| | * |
| BISHOP STATE | * |
| COMMUNITY COLLEGE, | * |
| | * |
| Defendant. | * |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the Defendant.

 s/   Richard W. Fuquay
RICHARD W. FUQUAY (FUQUR6214)
*Attorney for Plaintiff*
PostOffice Box 40633
Mobile, Alabama  36640
Telephone: (251) 473-4443
Email: Rwf@diamondfuquay.com

 s/  Edward L.D. Smith
EDWARD L.D. SMITH (SMITE0296)
*Attorney for Plaintiff*
2402 AmSouth Bank Building
107 Saint Francis Street
Mobile, Alabama 36602
Telephone: (251) 431-9000
Email: Edward@edwardsmithlaw.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 7th day of August, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF System, which will send electronic notification of such filing to all counsel of record.

                                           *s/ Richard W. Fuquay*
                                           RICHARD W. FUQUAY